1
2
3                    UNITED STATES DISTRICT COURT
4                          DISTRICT OF NEVADA
5                                 * * *
6    AARON BRADLEY LASYONE,                    Case No. 3:24-cv-00171-MMD-CLB
7                               Petitioner,     ORDER DIRECTING RESPONSE
8         v.
9    TIM GARRETT, *et al.*,
10                             Respondents.
11

12         Petitioner Aaron Bradley Lasyone submitted a *pro se* 28 U.S.C. § 2254 habeas

13   petition. (ECF No. 1 ("Petition").) This Court ordered Lasyone to show cause why his

14   Petition should not be dismissed as time barred. (ECF No. 4.) Lasyone timely responded.

15   (ECF No. 6.) On June 13, 2024, this Court dismissed the Petition with prejudice as time

16   barred, finding that Lasyone was not entitled to equitable tolling. (ECF No. 9.) On July 8,

17   2024, and July 10, 2024, respectively, Lasyone filed a counseled motion for

18   reconsideration and notice of appeal.[1] (ECF Nos. 11 ("Motion"), 12.) The Court finds that

19   a response to the Motion would benefit the Court.[2]

20

21         _____

22         [1]The notice of appeal in this matter does not divest this Court of jurisdiction under
     Rule 4(a)(4)(A) of the Federal Rules of Appellate Procedure. *See Miller v. Marriott Int'l,*
23   *Inc.*, 300 F.3d 1061, 1064 (9th Cir. 2002) ("Under Rule 4(a)(4)(A), the . . . Rule 60(b)
     motions prevented the . . . notices of appeal from becoming effective until the district court
24   rules on the merits of those motions."); *United Nat. Ins. Co. v. R & D Latex Corp.*, 242
     F.3d 1102, 1109 (9th Cir. 2001) (indicating that ordinarily a notice of appeal becomes
25   effective when the district court rules on a motion for reconsideration).

26         [2]This Court previously explained that "[n]o response is required from Respondents
     other than to respond to any orders of a reviewing court." (ECF No. 9 at 6.) As such, it is
27   not assumed that Respondents will file a response to the motion for reconsideration
     absent an order directing them to do so.
28

It is therefore ordered that Respondents file a response to the motion for reconsideration (ECF No. 11) on or before August 12, 2024. Lasyone will then have 14 days following the response to file a reply.

DATED THIS 10th Day of July 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE